UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE OLIVARES, as an individual and on behalf of all others similarly situated, and as a private attorney general,<br><br>         Plaintiff,<br><br>v.<br><br>ODYSSEY HEALTHCARE OPERATING A, L.P., a Delaware limited partnership; and DOES 1 through 50, inclusive,<br><br>         Defendants. | Case No.: 20-cv-2381-GPC-DEB<br><br>**ORDER GRANTING JOINT MOTION TO SETTLE PAGA ALLEGATIONS**<br><br>[ECF No. 14] |

  Having received and reviewed the joint motion by Plaintiff, Leslie Olivares, and Defendant, Odyssey Healthcare Operating A, L.P., and good cause appearing, the Court approves the terms of the settlement in the joint motion.

  Defendant is to pay $19,700 to resolve claims for "PAGA" (Private Attorney General Act) penalties for sick pay violations from July 19, 2019, through November 27, 2020, as alleged in the Complaint and Plaintiff's written notice to the Labor & Workforce Development Agency ("LWDA"). If the actual number of payments of sick pay wages

results in each individual payment of sick pay wages being allocated less than $47.50 per sick pay violation, Defendant shall be solely responsible for funding any shortfall so that each payment of sick pay is allocated no less than $47.50.

**IT IS SO ORDERED.**

Dated: June 23, 2021

_____
Hon. Gonzalo P. Curiel
United States District Judge